UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:12–cv–07076–MMM–AGR                         DATE:  1/9/2013
Title:  MAERSK LINE V. LUKECORE TRANSPORTATION LLC

Present: The Honorable  Margaret M. Morrow ,  U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:   **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

   On 12/17/13, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 1/4/13.

   The court deems that response satisfactory, and orders the Order to Show Cause discharged.

CV–90                                   **CIVIL MINUTES – GENERAL**                           Initials of Deputy Clerk:  ah